## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BISHOP,<br>　　　　Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 15-cv-6069 |
| | : | |
| UPPER DARBY POLICE DEPT., et al.,<br>　　　　Defendants. | : | |

## ORDER

**AND NOW**, this ___14th___ day of October, 2021, upon consideration of Defendants'

Motion for Summary Judgment (ECF No. 78), Plaintiff's response thereto (ECF No. 80) and

Defendants' reply in support of their motion (ECF No. 81), and for the reasons set forth in the

memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that the Motion is

**GRANTED IN PART** and **DENIED IN PART**.

(1)     The Motion for Summary Judgment is **GRANTED** in favor of Upper Darby

Township, Garay and Donohue on all claims against them.   In addition, the Court grants

summary judgment on the false arrest and malicious prosecution claims against Gieder

(2)     The Motion for Summary Judgment is **DENIED** in all other respects.

BY THE COURT:

　　/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge